U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JESSE GILMORE, ET AL. | CIVIL ACTION NO. 06-1509 (LEAD) |
| | CIVIL ACTION NO. 06-1633 (MEMBER) |
| versus | JUDGE TRIMBLE |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KIRK |

## MEMORANDUM RULING

Before the court is defendants' Motion to Dismiss All Unnamed Defendants [Doc. # 63] in which defendants seek dismissal of all claims against all unnamed defendants pursuant to Federal Rule of Civil Procedure Rule 4(M). Plaintiff timely filed a memorandum of opposition [Doc. # 79].

The record in this case reveals that plaintiff sought, and was granted[1], unopposed leave to file its first amended complaint on May 15, 2007. This amended complaint excludes all previously-named "John Doe" defendants. Plaintiff's response to the instant motion also verifies plaintiff's intent to exclude such defendants[2]. Based on these pleadings, we find that plaintiff intends to dismiss all claims against previously named "John Doe" defendants and, therefore, all such claims shall be dismissed with prejudice.

---

[1] Order on Motion to Amend/Correct issued by Magistrate Judge James D. Kirk issued May 15, 2007.

[2] Doc. # 79 ("Memorandum in Opposition to Defendants' Motion to Dismiss" filed 5/21/07) at p. 1.

Plaintiffs also argue the validity of service of process as to defendant Pietch. Defendants do not raise this issue in the instant motion. Moreover, defendants have filed no reply to responsive briefs filed by plaintiffs in this matter. The record reflects that defendants agreed to waive service of process on defendant Pietch[3] and, therefore, we find no reason to dismiss any claims against this defendant.

In accordance with the reasoning of the court as expressed above, defendants' motion shall be **GRANTED** as to all unnamed defendants ("John Does 1 - 15").

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 15th day of June, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[3] Doc. # 51 (" Uncontested Motion to Amend/Correct Complaint" filed 4/16/07) at ¶ 6.